**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Lisa Ballantine and Michael Ballantine,<br>　　　　　　*Petitioners*,<br>　　v.<br>The Dominican Republic,<br>　　　　　　*Respondent*. | Case No. 19-cv-3598<br>The Honorable Timothy J. Kelly |

**NOTICE OF APPEARANCE**

Please take notice that Robert Reeves Anderson of the law firm of Arnold & Porter Kaye Scholer LLP, who is admitted to practice in this Court, hereby enters his appearance in the matter on behalf of Respondent the Dominican Republic.

Respectfully submitted,

*/s/ R. Reeves Anderson*
Robert Reeves Anderson, (D.D.C. Bar No.994989)
ARNOLD & PORTER KAYE SCHOLER LLP
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
(303) 863-2325
reeves.anderson@arnoldporter.com

1